| | | |
|---|---|---|
| ROWLAND J. MARTIN | ) | TEXAS COURT OF APPEALS |
| Appellant | ) | |
| | ) | |
| v. | ) | FOR THE FOURTH DISTRICT |
| | ) | |
| EDWARD BRAVENEC AND 1216 | ) | |
| WEST AVE. INC. | ) | |
| Appellees | ) | BEXAR COUNTY, TEXAS |

## ADVISORY TO THE COURT CONCERNING
## APPELLANT'S SUPPLEMENTAL MOTION FOR REHEARING

TO THE HONORABLE COURT:

Appellant Rowland J. Martin files this, his "Advisory To The Court Concerning Appellant's Supplemental Motion For Panel Rehearing," to request an entry in docket records to reflect the supplemental motion for rehearing. On June 3, 2015 at 5:06 pm, Appellant filed a supplemental motion for rehearing to enlarge the motion for rehearing he originally filed on May 27, 2015. The supplemental motion cites *Ramsey v. Dunlop*, 146 Tex. 196, 205 S.W.2d 979 (1947) as authority for rehearing. At 5:41 pm on June 3, 2015, the Court entered its Order denying the motion for rehearing without a disposition of Appellant's timely motion for rehearing. The Clerk's office has advised that the Court will issue an order on the supplemental motion. Therefore the Clerk is requested to reflect the supplemental motion and the attached exhibits, including an order of the bankruptcy court and proof of service, in the docket records.

WHEREFORE, PREMISES CONSIDERED, Appellant prays that the Court grant relief in all things, for such other relief both in law and in equity as he may be justly entitled.

Dated: June 5, 2015

Respectfully Submitted,

Rowland J. Martin
951 Lombrano
San Antonio, Tx 78207
(210) 323-3849

1

2012 JAN -2 PM 1:22

| | | |
|---|---|---|
| ROWLAND J. MARTIN | ) | TEXAS COURT OF APPEALS |
| Appellant | ) | |
| | ) | |
| v. | ) | FOR THE FOURTH DISTRICT |
| | ) | |
| EDWARD BRAVENEC AND 1216 | ) | |
| WEST AVE. INC. | ) | |
| Appellees | ) | BEXAR COUNTY, TEXAS |

## APPELLANT'S SUPPLEMENTAL MOTION FOR PANEL REHEARING

### TO THE HONORABLE COURT:

Appellant Rowland J. Martin files this, his "Appellant's Supplemental Motion For Panel Rehearing," pursuant to the Texas Citizens Participation Act and Tex. R. App. P. 33.1, in support of which the following is shown:

### BACKGROUND

By this supplemental motion reserving all prior evidence, authorities, and special exceptions pursuant to Tex. R. Civ. P. 91, appellant enlarges his motion for rehearing on the third issue of his appeal to allege that that the trial court abused its discretion in neglecting to adjudicate certain fundamental jurisdictional defects in appellees' cause of action at the time it rendered its order denying TCPA dismissal relief. On rehearing, the Court is requested to enforce fundamental error doctrine as enunciated in *Ramsey v. Dunlop*, 146 Tex. 196, 205 S.W.2d 979 (1947). *See generally, Declaration of Rowland J. Martin, supra at p. 20.*

### SUPPLEMENTAL STATEMENT OF THE CASE

The grievance from appellant's original motion for rehearing is that appellees failed to produce transactional evidence disclosing the terms of the contract and specific identities of the seller and the buyer, and have repeatedly neglected to negate the specifically identified elements of the purchase money transaction that forms the basis of the lien claim noticed in the lis pendens

From: coa4noticingservice <coa4noticingservice@txcourts.gov>
To: moroco676 <moroco676@aol.com>
Subject: Notice(s): 04-14-00483-CV
Date: Wed, Jun 3, 2015 5:41 pm
Attachments: ORDER ENTERED-TEST_FILECOPY.pdf (511K), ORDER ENTERED-TEST_FILECOPY.pdf (511K)

You have received notice(s) for the following case(s):

04-14-00483-CV
TC #2014-CI-07644
Rowland Martin, Jr. v. Edward L. Bravenec and 1216 West Ave., Inc.

Files
ORDER ENTERED-TEST_FILECOPY.pdf
ORDER ENTERED-TEST_FILECOPY.pdf

Thank you,
Keith E. Hottle, Clerk of Court
Fourth Court of Appeals

Do not reply to this message. If you have questions, please contact the Court at (210) 335-2635.

## CERTIFICATE OF SERVICE

I mailed a copy of this "Advisory to the Court Concerning Appellant's Supplemental

Motion For Rehearing" to Attorney Glenn Deadman on June 5, 2015.

_____
Rowland J. Martin

The relief described hereinbelow is SO ORDERED.

Signed June 20, 2006.

Ronald B. King
United States Bankruptcy Judge

United States Bankruptcy Court
Western District of Texas
San Antonio Division

IN RE:

MOROCO VENTURES, LLC,

DEBTOR

Case No. 06-50829 RBK

Chapter 11

### ORDER ON MOTION FOR CONTEMPT AGAINST LAW OFFICE OF McKNIGHT & BRAVENEC, ALBERT W. McKNIGHT, AND EDWARD L. BRAVENEC AND RESPONSE TO DEBTOR'S MOTION FOR CONTEMPT AND MOTION FOR CONTEMPT AGAINST ROWLAND MARTIN AND MOROCO VENTURES LLC

On June 19, 2006 the Motion for Contempt Against Law Office of McKnight & Bravenec, Albert W. McKnight, and Edward L. Bravenec, and the Response to Debtor's Motion for Contempt and Motion for Contempt Against Rowland Martin and Moroco Ventures LLC, came on for consideration by the Court. After hearing the evidence, and the arguments of counsel, the Court makes the following orders. It is

ORDERED, that the Motion for Contempt Against Law Office of McKnight & Bravenec, Albert W. McKnight, and Edward L. Bravenec is denied without prejudice; and it is

FURTHER ORDERED, that the Motion for Contempt Against Rowland Martin and Moroco Ventures LLC is denied without prejudice; and it is

FURTHER ORDERED, that the Substitute Trustee's Deed dated May 2, 2006 from Louis D. Martinez to Albert W. McKnight and Edward L. Bravenec is VOID and the property title to the following described real property is in the name of Moroco Ventures LLC:

Lots 1, 2, and 3, Block 50, New City Block 8806, LOS ANGELES HEIGHTS ADDITION, situated in the City of San Antonio, Bexar County, Texas, according to plat thereof recorded in Volume 150, Pages 284 – 286 of the Deed and Plat Records of Bexar County, Texas, SAVE AND EXCEPT therefrom a tract of land containing 0.00049 of an acre being 21.51 square feet, more or less, same being out of Lot 1, said tract conveyed to the City of San Antonio by deed dated October 10, 1991, recorded in Volume 5180, Page 1873, Real Property Records of Bexar County, Texas.

### ###

Submitted by:
John M Tutt
10010 San Pedro, Suite 660
San Antonio, TX 78216-3804
(210) 366-9676
(210) 366-0412 fax
jtutt@quixnet.net

# AMENDED CERTIFICATE OF SERVICE

I mailed a copy of "Appellant's Supplemental Motion For Rehearing" to Attorney Glenn Deadman on June 5, 2015.

Rowland J. Martin

2



**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com™

SAN ANTONIO TX 78294-1201

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | $3.40 |
| Certified Fee | | $2.80 |
| Return Receipt Fee (Endorsement Required) | | $0.00 |
| | | $0.00 |
| Restricted Delivery Fee (Endorsement Required) | | NdA |
| | | NX8 |
| Total Postage & Fees | $ | $5.75 |
| | | $12.00 |

0205

Postmark Here

JUN -5 2015

06/05/2015

Sent To  Glen Dearbon ESQ

Street, Apt. No.; or PO Box No.  501 S. main

City, State, ZIP+4  SA TX 78204

PS Form 3800, August 2006        See Reverse for Instructions

7014 0510 0002 3023 6594